DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *ALEXANDER SMIRNOV*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * *

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO: 2:24-mj-00166-DJA** |
| ) | |
| **ALEXANDER SMIRNOV** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT ALEXANDER SMIRNOV**

**COMES NOW**, **DAVID Z. CHESNOFF, ESQ.,** and **RICHARD A. SCHONFELD, ESQ**., of the law office of Chesnoff & Schonfeld, and hereby respectfully represent to this Honorable Court and counsel of record that they have been retained to represent the Defendant in the above case pending in the District of Nevada.

. . .

. . .

Accordingly, counsel hereby provide their Notice of Appearance to this Honorable Court and to counsel of record that they will represent Defendant in this case and hereby confirm as counsel of record for said purpose.

The undersigned counsel has prepared a Substitution of Attorney and Designation of Counsel for the Defendant to execute; however, given his custodial status it is uncertain if he will be able to sign and return those forms prior to February 20, 2024.

**DATED** this 17th day of February, 2024.

    Respectfully Submitted:

    CHESNOFF & SCHONFELD

    */s/ Richard A. Schonfeld*
    **DAVID Z. CHESNOFF, ESQ.**
    Nevada Bar No. 2292
    **RICHARD A. SCHONFELD, ESQ.**
    Nevada Bar No. 6815
    520 South Fourth Street
    Las Vegas, Nevada 89101
    Tel: (702) 384-5563

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of February, 2024, I caused the forgoing document to be filed electronically with the Clerk of the Court through the CM/ECF system for filing; and served on counsel of record via the Court's CM/ECF system.

        /s/ Rosemary Reyes
Employee of Chesnoff & Schonfeld