DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
SEAN F. MULRYNE
CHRISTOPHER M. RIGALI
Assistant Special Counsels
950 Pennsylvania Avenue NW, Room B-200
Washington, D.C. 20530
Telephone:   (771) 217-6091
E-mail:   Leo.Wise@USDOJ.GOV, DEH@USDOJ.GOV
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:24-mj-00166-DJA |
| Plaintiff, | **MOTION UNDER LR IA 11-3 FOR DEPARTMENT OF JUSTICE ATTORNEY TO APPEAR IN THIS COURT ON BEHALF OF THE UNITED STATES** |
| v. | |
| Alexander Smirnov, | |
| Defendant. | |

The United States of America, by and through David C. Weiss, Special Counsel, respectfully moves for Assistant Special Counsel Christopher R. Rigali to be permitted to appear in this Court in the above captioned case under LR IA 11-3. Mr. Rigali is a member in good standing of the District of Columbia Bar, number 1034475. In addition, he is employed by the United States as an attorney, and in the course and scope of his

\\

\\

\\

employment has occasion to appear in this Court on behalf of the United States.

Respectfully submitted this 20th day of February 2024.

                Respectfully submitted,

                DAVID C. WEISS
                Special Counsel

                /s/
                DEREK E. HINES
                Senior Assistant Special Counsel
                CHRISTOPHER M. RIGALI
                United States Department of Justice

IT IS SO ORDERED_____
            UNITED STATES MAGISTRATE JUDGE