DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
SEAN F. MULRYNE
CHRISTOPHER M. RIGALI
Assistant Special Counsels
950 Pennsylvania Avenue NW, Room B-200
Washington, D.C. 20530
Telephone:   (771) 217-6091
E-mail:   Leo.Wise@USDOJ.GOV, DEH@USDOJ.GOV
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:24-mj-00166-DJA |
| Plaintiff, | **MOTION UNDER LR IA 11-3 FOR DEPARTMENT OF JUSTICE ATTORNEY TO APPEAR IN THIS COURT ON BEHALF OF THE UNITED STATES** |
| v. | |
| Alexander Smirnov, | |
| Defendant. | |

The United States of America, by and through David C. Weiss, Special Counsel, respectfully moves for Principal Senior Assistant Special Counsel Leo J. Wise to be permitted to appear in this Court in the above captioned case under LR IA 11-3. Mr. Wise is a member in good standing of the Maryland State Bar. In addition, he is employed by the United States as an attorney, and in the course and scope of his

\\

\\

\\

employment has occasion to appear in this Court on behalf of the United States.

      Respectfully submitted this 20th day of February 2024.

                                      Respectfully submitted,

                                      DAVID C. WEISS
                                      Special Counsel

                                      ___/s/_____
                                      LEO J. WISE
                                      Principal Senior Assistant Special Counsel
                                      United States Department of Justice

IT IS SO ORDERED_____
                       UNITED STATES MAGISTRATE JUDGE