```
 1  DAVID C. WEISS
    Special Counsel
 2  LEO J. WISE
    Principal Senior Assistant Special Counsel
 3  DEREK E. HINES
    Senior Assistant Special Counsel
 4  SEAN F. MULRYNE
    CHRISTOPHER M. RIGALI
 5  Assistant Special Counsels
    950 Pennsylvania Avenue NW, Room B-200
 6  Washington, D.C. 20530
    Telephone:   (771) 217-6091
 7  E-mail:      Leo.Wise@USDOJ.GOV, DEH@USDOJ.GOV
    Attorneys for the United States
 8
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:24-mj-00166-DJA |
| Plaintiff, | **MOTION UNDER LR IA 11-3 FOR DEPARTMENT OF JUSTICE ATTORNEY TO APPEAR IN THIS COURT ON BEHALF OF THE UNITED STATES** |
| v. | |
| Alexander Smirnov, | |
| Defendant. | |

The United States of America, by and through David C. Weiss, Special Counsel, respectfully moves for Assistant Special Counsel Sean F. Mulryne to be permitted to appear in this Court in the above captioned case under LR IA 11-3. Mr. Mulryne is a member in good standing of the New Jersey State Bar, number 027052008. In addition, he is employed by the United States as an attorney, and in the course and scope of his

\\

\\

\\

employment has occasion to appear in this Court on behalf of the United States.

Respectfully submitted this 20th day of February 2024.

        Respectfully submitted,

        DAVID C. WEISS
        Special Counsel

        __/s/_____
        DEREK E. HINES
        Senior Assistant Special Counsel
        SEAN F. MULRYNE
        Assistant Special Counsel
        United States Department of Justice

IT IS SO ORDERED_____
        UNITED STATES MAGISTRATE JUDGE