DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
SEAN F. MULRYNE
CHRISTOPHER M. RIGALI
Assistant Special Counsels
950 Pennsylvania Avenue NW, Room B-200
Washington, D.C. 20530
Telephone:   (771) 217-6091
E-mail:   Leo.Wise@USDOJ.GOV, DEH@USDOJ.GOV
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>       v.<br><br>Alexander Smirnov,<br><br>              Defendant. | 2:24-mj-00166-DJA<br><br>**MOTION UNDER LR IA 10-5 TO FILE DOCUMENTS UNDER SEAL ON BEHALF OF THE UNITED STATES** |

Pursuant to Local Rule 10-5(a), the United States of America, by and through David C. Weiss, Special Counsel, and Senior Assistant Special Counsel Derek E. Hines, respectfully moves to be permitted to file exhibits 1, 3, 4, 5, 6, 7, and 10 to the Government's Detention Memorandum under seal as these documents contain personally identifiable information (PII) and/or financial information, which should be protected from public view

Copies of the sealed exhibits were provided to defense counsel on February 20, 2024, by email.

Respectfully submitted this 20th day of February 2024.

        Respectfully submitted,

        DAVID C. WEISS
        Special Counsel

        \_\_/s/_____
        DEREK E. HINES
        Senior Assistant Special Counsel
        United States Department of Justice

IT IS SO ORDERED_____
                UNITED STATES MAGISTRATE JUDGE