DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
rschonfeld@cslawoffice.net
dzchesnoff@cslawoffice.net
Attorneys for Defendant
ALEXANDER SMIRNOV

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 2:24-mj-00166-DJA |
| v. | ) | |
| | ) | |
| ALEXANDER SMIRNOV, | ) | DATE OF HEARING: FEB. 20, 2024 |
| | ) | TIME OF HEARING: 3:00pm |
| Defendant, | ) | |
| | ) | |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MEMORANDUM IN SUPPORT OF DETENTION**

COMES NOW, Defendant, ALEXANDER SMIRNOV, by and through his attorneys, DAVID Z. CHESNOFF, ESQ., and RICHARD A. SCHONFELD, ESQ., of the law firm of CHESNOFF & SCHONFELD and hereby Responds to the Government's Memorandum in Support of Detention.

///

1

This Response is made and based upon the attached Memorandum of Points and Authorities, the argument of counsel, and any other such evidence as may be presented at the time of hearing.

Dated this 20th day of February, 2024.

                                    Respectfully Submitted:

                                    CHESNOFF & SCHONFELD

                                      /s/     David Z. Chesnoff
                                  DAVID Z. CHESNOFF, ESQ.
                                  Nevada Bar No. 2292
                                  RICHARD A. SCHONFELD, ESQ.
                                  Nevada Bar No. 6815
                                  520 South Fourth Street
                                  Las Vegas, Nevada 89101
                                  Telephone: (702)384-5563
                                  rschonfeld@cslawoffice.net
                                  dzchesnoff@cslawoffice.net
                                  Attorneys for Defendant
                                  ALEXANDER SMIRNOV

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Notwithstanding that counsel Chesnoff contacted out of state government counsel on Friday February 16, 2024, and asked to be apprised of any specific concerns that the government had related to its request for a continuance of the detention hearing, the government filed their Memorandum in Support of Detention this morning. While the Defendant cannot completely respond to the voluminous government filing, and will address the government assertions in court, there is one aspect that counsel will respond to herein.

On February 20, 2024, at approximately 1:00pm the undersigned counsel met with United States Pretrial Services Officer Emily McKillip who confirmed that Mr. Smirnov was only asked about his personal assets and not the business account.

Accordingly, the government's claim that "the fact that Smirnov misrepresented his assets alone should cause Smirnov to be detained…" is entirely misplaced and inaccurate.

DATED this 20th day of February, 2024.

Respectfully Submitted:

CHESNOFF & SCHONFELD

  /s/      David Z. Chesnoff
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
rschonfeld@cslawoffice.net
dzchesnoff@cslawoffice.net
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February, 2024, I caused the forgoing document to be filed electronically with the Clerk of the Court through the CM/ECF system for filing; and served on counsel of record via the Court's CM/ECF system.

        /s/            Rosemary Reyes
Employee of Chesnoff & Schonfeld