DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *ALEXANDER SMIRNOV*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) CASE NO: 2:24-mj-00166-DJA |
| ALEXANDER SMIRNOV | ) |
| Defendant. | ) |

## DESIGNATION OF RETAINED COUNSEL AND APPEARANCE PRAECIPE

The undersigned Defendant, ALEXANDER SMIRNOV, hereby appoints **DAVID Z. CHESNOFF, ESQ.**, and **RICHARD A. SCHONFELD, ESQ.** to appear generally for him as his attorneys and throughout all proceedings in this case unless this appointment be sooner revoked.

DATED this 16th day of February, 2024.

ALEXANDER SMIRNOV
Defendant

## APPEARANCE PRAECIPE

We hereby accept the foregoing appointment and request the Clerk to enter our appearance as counsel for the Defendant, in response to the foregoing designation.

One or both of us will personally appear at all proceedings in this case. We understand that no other attorney may appear in our place, unless prior permission is granted by the Court, and then **ONLY** when consent of the Defendant has been obtained and filed with the Clerk.

We further state that we realize it our responsibility to keep the Defendant advised as to all proceedings in this case, to inform him when to appear in Court, and also to notify the Clerk of any changes in my address or telephone number.

DATED: February 16, 2024.



DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
520 South Fourth Street
Las Vegas, Nevada 89101
Tel: [702] 384-5563
Attorney for Defendant,
Alexander Smirnov



RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
520 S. 4th Street
Las Vegas, Nevada 89101
Tel: [702] 384-5563
Attorney for Defendant,
Alexander Smirnov