**EXHIBIT
2**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. ALEXANDER SMIRNOV, DEFENDANT | CASE NUMBER: CR 24-00091-ODW  **WARRANT FOR ARREST** |
|---|---|

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **ALEXANDER SMIRNOV** and bring him forthwith to District Judge, Otis D. Wright, II, to answer an Indictment charging him with False Statement to Federal Law Enforcement, in violation of Title 18, United States Code, Section 1001, and Creating a False or Fictitious Record, in violation of Title 18 United States Code, Section 1519.

REC: Principal Senior Assistant Counsel Leo J. Wise
     Senior Assistant Special Counsel Derek H. Hines

| Brian D. Karth | February 22, 2024   Los Angeles, CA |
| NAME OF ISSUING OFFICER | |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| *sheila english* (signature) | By: Hon. Otis D. Wright, II |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

CR-12 (08/10)          WARRANT FOR ARREST          Page 1 of 2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2024, I caused the forgoing document to be filed electronically with the Clerk of the Court through the CM/ECF system for filing; and served on counsel of record via the Court's CM/ECF system.

\_\_\_\_/s/ Rosemary Reyes_____
Employee of Chesnoff & Schonfeld

7