DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *ALEXANDER SMIRNOV*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 2:24-mj-00166-DJA |
| ) | |
| ALEXANDER SMIRNOV ) | |
| ) | |
| Defendant. ) | |

## SUBSTITUTION OF ATTORNEY

ALEXANDER SMIRNOV, Defendant hereby substitutes **DAVID Z. CHESNOFF, ESQ.** and **RICHARD A. SCHONFELD, ESQ.** 520 South Fourth Street, Las Vegas, Nevada 89101, (702) 384-5563, as attorney of record in place and stead of **HEIDI OJEDA, ESQ.**

DATED this 16th day of February, 2024.

_____
ALEXANDER SMIRNOV, Defendant

I consent to the above substitution.

DATED this 19 day of February, 2024.

/s /
_____
HEIDI OJEDA, ESQ.

We are dully admitted to practice in this District and agree to the above substitution.

DATED this 16th day of February, 2024.

_____ (by R..)
DAVID Z. CHESNOFF, ESQ.

_____
RICHARD A. SCHONFELD, ESQ.

RETAINED  X          APPOINTED BY COURT _____

APPROVED

DATED  2/22/2024         .

_____
UNITED STATES MAGISTRATE JUDGE