DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
rschonfeld@cslawoffice.net
dzchesnoff@cslawoffice.net
Attorneys for Defendant, ALEXANDER SMIRNOV

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| | ) CASE NO. 2:24-MJ-00166-DJA |
| v. | ) ) |
| ALEXANDER SMIRNOV, | ) ) |
| Defendant, | ) ) |
| _____ | ) |

**DEFENDANT'S EMEREGENCY MOTION FOR COURT ORDER DIRECTING THE UNITED STATES MARSHAL SERVICE TO KEEP THE DEFENDANT IN THIS DISTRICT PENDING DISPOSITION OF DEFENDANT'S EMERGENCY MOTION FOR IMMEDIATE DETENTION HEARING AND RELEASE ON PREVIOUSLY IMPOSED CONDITIONS**

COMES NOW, Defendant, ALEXANDER SMIRNOV ("Mr. Smirnov"), by and through his attorneys, DAVID Z. CHESNOFF, ESQ., and RICHARD A. SCHONFELD, ESQ., of the law firm of CHESNOFF & SCHONFELD and hereby moves this Honorable Court for an Order Directing the United States Marshal Service to Keep the Defendant in this District Pending

1

Disposition of Defendant's Emergency Motion for Immediate Detention Hearing and Release on Previously Imposed Conditions.

Dated this 22nd day of February, 2024.

                              Respectfully Submitted:

                              CHESNOFF & SCHONFELD

                                /s/     Richard A. Schonfeld
                            DAVID Z. CHESNOFF, ESQ.
                            Nevada Bar No. 2292
                            RICHARD A. SCHONFELD, ESQ.
                            Nevada Bar No. 6815
                            520 South Fourth Street
                            Las Vegas, Nevada 89101
                            Telephone: (702)384-5563
                            rschonfeld@cslawoffice.net
                            dzchesnoff@cslawoffice.net
                            Attorneys for Defendant ALEXANDER SMIRNOV

## MEMORANDUM OF POINTS AND AUTHORITIES

On February 22, 2024, Defendant filed his Emergency Motion for Immediate Detention Hearing and Release on Previously Imposed Conditions. In that Motion the Defendant requested that the Court enter an interim order directing the United States Marshal Service to keep Mr. Smirnov in this District pending his Rule 5 hearing. *See*, Motion page 5 number 16.

On February 22, 2024, this Honorable Court entered a Minute Order directing the Government to respond to the Motion by February 23, 2024 at 4:30 P.M. PST. The Minute Order does not address the request that Mr. Smirnov remain in this District and there is a reasonable concern that the United States Marshal Service may transport the Defendant to the Central District of California prior to this Honorable Court ruling on the Emergency Motion. No hearing has been set on the review of Mr. Smirnov's release status in the Central District of California.

Accordingly, it is respectfully requested that the Honorable Court enter an Order directing the United States Marshal Service to keep Mr. Smirnov in this District pending disposition of the Emergency Motion.

DATED this 22nd day of February, 2024.

        Respectfully Submitted:

        CHESNOFF & SCHONFELD

           /s/        Richard A. Schonfeld
        DAVID Z. CHESNOFF, ESQ.
        RICHARD A. SCHONFELD, ESQ.
        520 South Fourth Street
        Las Vegas, Nevada 89101
        Telephone: (702)384-5563
        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2024, I caused the forgoing document to be filed electronically with the Clerk of the Court through the CM/ECF system for filing; and served on counsel of record via the Court's CM/ECF system.

    /s/ Rosemary Reyes
Employee of Chesnoff & Schonfeld