DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
SEAN F. MULRYNE
CHRISTOPHER M. RIGALI
Assistant Special Counsels
950 Pennsylvania Avenue NW, Room B-200
Washington, D.C. 20530
Telephone:    (771) 217-6091
E-mail:        Leo.Wise@USDOJ.GOV, DEH@USDOJ.GOV
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:24-mj-00166-DJA |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| Alexander Smirnov, | |
| Defendant. | |

The United States of America, by and through the undersigned Senior Assistant Special Counsel, hereby notifies the Court that Derek E. Hines, Office of Special Counsel David C. Weiss, United States Department of Justice has been assigned as counsel in the above captioned case and hereby enters his appearance as authorized by this

\\

\\

\\

\\

1   court's order from the bench on February 20, 2024 (ECF #17).

2         Respectfully submitted this 23rd day of February 2024.

3

4                                       Respectfully submitted,

                                      DAVID C. WEISS
                                      Special Counsel

5

6                                       ___/s/_____
                                      DEREK E. HINES

7                                       Senior Assistant Special Counsel
                                      United States Department of Justice

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24