**CLERK, U.S. DISTRICT COURT**
**DISTRICT OF NEVADA**
**LLOYD D. GEORGE U.S. COURTHOUSE**
333 LAS VEGAS BLVD. SO. – RM 1334
**LAS VEGAS, NV 89101**

OFFICIAL BUSINESS

U.S. MARSHALS SERVICE

ENTERED
COUNSEL/PARTIES OF RECORD
MAR 21 2024
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

LAS VEGAS NV 890
21 FEB 2024 PM 3 L

quadient
FIRST-CLASS MAIL
IMI
$000.64
02/21/2024 ZIP 89101
043M31229339
US POSTAGE

MIXIE    IBT  DC 1       0003/08/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 89101706934    *0679-06144-21-44

9326090164545786    UTF
89101>7069

## Order on Motions Plus Utilities

2:24-mj-00166-DJA USA v. Smirnov

ON BOND

### United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 2/20/2024 at 5:32 PM PST and filed on 2/20/2024
**Case Name:**  USA v. Smirnov
**Case Number:**  2:24-mj-00166-DJA
**Filer:**
**Document Number:** 19

**Docket Text:**
**ORDER Requiring a Defendant to Appear in the District where Charges are Pending and Transferring Bail. See Order for details. Signed by Magistrate Judge Daniel J. Albregts on 2/20/24. (Copies have been distributed pursuant to the NEF - RJDG)**

**2:24-mj-00166-DJA-1 Notice has been electronically mailed to:**

Richard A Schonfeld     rschonfeld@cslawoffice.net, rreyes@cslawoffice.net

Margaret W. Lambrose     maggie_lambrose@fd.org, ECF_NVNCH@fd.org, Rosana_Aporta@fd.org, ecf_vegas@fd.org, jeremy_kip@fd.org

Supriya Prasad     supriya.prasad@usdoj.gov, caseview.ecf@usdoj.gov, melanee.smith@usdoj.gov, stephanie.perkins@usdoj.gov

**2:24-mj-00166-DJA-1 Notice has been delivered by other means to:**

Christopher R. Rigali
950 Pennsylvania Avenue NW, Room B-200
Washington, DC 20530

Derek E. Hines
950 Pennsylvania Avenue NW, Room B-200
Washington, DC 20530

Leo J. Wise
950 Pennsylvania Avenue NW, Room B-200
Washington, DC 20530

Sean F. Mulryne
950 Pennsylvania Avenue NW, Room B-200