US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.64
02/21/2024 ZIP 89101
043M31229339

LAS VEGAS NV 890
21 FEB 2024 PM 3

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. – RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

FILED
ENTERED

MAR 22 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY

XRAYED US MARSHALS SERVICE

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

**Order on Motions Plus Utilities**

2:24-mj-00166-DJA USA v. Smirnov

**ON BOND**



## United States District Court

### District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 2/20/2024 at 5:32 PM PST and filed on 2/20/2024
**Case Name:** USA v. Smirnov
**Case Number:** 2:24-mj-00166-DJA
**Filer:**
**Document Number:** 19

**Docket Text:**
**ORDER Requiring a Defendant to Appear in the District where Charges are Pending and Transferring Bail. See Order for details. Signed by Magistrate Judge Daniel J. Albregts on 2/20/24. (Copies have been distributed pursuant to the NEF - RJDG)**

**2:24-mj-00166-DJA-1 Notice has been electronically mailed to:**

Richard A Schonfeld    rschonfeld@cslawoffice.net, rreyes@cslawoffice.net

Margaret W. Lambrose    maggie_lambrose@fd.org, ECF_NVNCH@fd.org, Rosana_Aporta@fd.org, ecf_vegas@fd.org, jeremy_kip@fd.org

Supriya Prasad    supriya.prasad@usdoj.gov, caseview.ecf@usdoj.gov, melanee.smith@usdoj.gov, stephanie.perkins@usdoj.gov

**2:24-mj-00166-DJA-1 Notice has been delivered by other means to:**

Christopher R. Rigali
950 Pennsylvania Avenue NW, Room B-200
Washington, DC 20530

Derek E. Hines
950 Pennsylvania Avenue NW, Room B-200
Washington, DC 20530

Leo J. Wise
950 Pennsylvania Avenue NW, Room B-200
Washington, DC 20530

Sean F. Mulryne
950 Pennsylvania Avenue NW, Room B-200